# REGISTER OF ACTIONS
## CASE NO. M-51-MR-2017-00256

| | | |
|---|---|---|
| **State of New Mexico v. Ronald W. Fenn** | § § § § § § | Case Type: **Misdemeanor (Mag)** <br> Date Filed: **06/19/2017** <br> Location: **Sierra Magistrate** <br> Judicial Officer: **Page, Matthew S.** |

**RELATED CASE INFORMATION**

**Related Cases**
M-51-MR-2017-00293 (Same Party)

**PARTY INFORMATION**

| | | | **Attorneys** |
|---|---|---|---|
| **Defendant** | **Fenn, Ronald** <br> 316 Foch <br> Truth or Consequences, NM 87901 <br> DL: NM120418321 | Male <br> DOB: 02/23/1944 <br> 6' 0", 168 lbs | **A. Blair Dunn** <br> *Retained* <br> 505-750-3060(W) <br><br> Pro Se |
| **Plaintiff** | **State of New Mexico** | | **Seventh Judicial District Attorney - Sierra County** <br> 575-894-9033(W) |

**CHARGE INFORMATION**

| **Charges: Fenn, Ronald** | **Statute** | **Level** | **Date** |
|---|---|---|---|
| 1. Resisting, Evading or Obstructing an Officer (Resisting) | 30-22-1(D) | Misdemeanor | 06/18/2017 |
| 2. Resisting, Evading or Obstructing an Officer (Resisting) | 30-22-1(D) | Misdemeanor | 06/18/2017 |
| 3. Criminal Trespass (Public) | 30-14-1(C) | Misdemeanor | 06/18/2017 |

**EVENTS & ORDERS OF THE COURT**

|  | **DISPOSITIONS** |
|---|---|
| 06/26/2017 | **Plea** (Judicial Officer: Brown, Alan J.) <br>     1. Resisting, Evading or Obstructing an Officer (Resisting) <br>             Not Guilty <br>     2. Resisting, Evading or Obstructing an Officer (Resisting) <br>             Not Guilty <br>     3. Criminal Trespass (Public) <br>             Not Guilty |
| 10/11/2017 | **Disposition** (Judicial Officer: Page, Matthew S.) <br>     1. Resisting, Evading or Obstructing an Officer (Resisting) <br>             Dismissed by Prosecutor / Nolle Prosequi <br>     2. Resisting, Evading or Obstructing an Officer (Resisting) <br>             Dismissed by Prosecutor / Nolle Prosequi <br>     3. Criminal Trespass (Public) <br>             Dismissed by Prosecutor / Nolle Prosequi |
|  | **OTHER EVENTS AND HEARINGS** |
| 08/08/2010 | **MTN: FOR DISMISSAL** |
| 06/19/2017 | **OPN: CRIMINAL COMPLAINT FILED** |
| 06/19/2017 | **RELEASE SHEET** |
| 06/19/2017 | **ORD: RELEASE ORDER & BOND FILED** |
| 06/19/2017 | **Interim Condition for Fenn, Ronald** <br>     - No Weapons <br>     - Random Urinalysis/Breath Test <br>         *Weekly* <br>     - Notify the court of any change of address <br>     - Not to Leave County and/or State <br>         *Sierra County* <br>     - Maintain Contact with Attorney <br>     - Do not violate any federal, state, tribal, or local laws <br>     - Release on Personal Recognizance |

# EXHIBIT 3

| Date | Event |
|---|---|
| | - Other |
| | *Not to report to Space Port Vistitor Center* |
| | - Will not take or use drugs without a prescription |
| | - Not enter any liquor establishments |
| | - Not drive without a license, registration or insurance |
| | - $50.00 monthly to be paid to Sierra County Compliance |
| 06/26/2017 | **Arraignment** (8:30 AM) (Judicial Officer Brown, Alan J.) |
| | Result: Held |
| 06/26/2017 | **ADVISEMENT OF RIGHTS READ** |
| 06/26/2017 | **WAIVER OF COUNSEL FILED** |
| 06/26/2017 | **DEMAND FOR JURY TRIAL** (Judicial Officer: Brown, Alan J. ) |
| 06/26/2017 | **Interim Condition for Fenn, Ronald** |
| | - No Weapons |
| | - Random Urinalysis/Breath Test |
| | *Weekly* |
| | - Notify the court of any change of address |
| | - Not to Leave County and/or State |
| | *Sierra County* |
| | - Maintain Contact with Attorney |
| | - Do not violate any federal, state, tribal, or local laws |
| | - Release on Personal Recognizance |
| | - Other |
| | *Do not return to vicinity of the Lee Bell Johnson Center.* |
| | - Will not take or use drugs without a prescription |
| | - Not enter any liquor establishments |
| | - Not drive without a license, registration or insurance |
| | - $50.00 monthly to be paid to Sierra County Compliance |
| 06/26/2017 | **NTC: OF EXCUSAL FILED** (Judicial Officer: Brown, Alan J. ) |
| 07/05/2017 | **CERTIFICATE OF EXCUSAL/RECUSAL FILED** (Judicial Officer: Brown, Alan J. ) |
| 07/05/2017 | **NTC: OF REASSIGNMENT ISSUED** (Judicial Officer: Page, Matthew S. ) |
| 07/17/2017 | **MTN: FOR DISCOVERY/PRODUCTION FILED** |
| 07/19/2017 | **PROSECUTION PACKET FILED** |
| | *The following documents have been filed: 5718- Entry of Appearance 5750- Witness List* |
| 08/25/2017 | **Pre-Trial Hearing** (10:00 AM) (Judicial Officer Page, Matthew S.) |
| | Result: Held |
| 08/25/2017 | **Motion Hearing** (10:00 AM) (Judicial Officer Page, Matthew S.) |
| | Result: Commenced and Continued |
| 09/12/2017 | **ENTRY OF APPEARANCE FILED** |
| 10/10/2017 | **NTC: Notice of Dismissal** |
| | *Nolle Prosequi* |
| 10/11/2017 | **CLS: DISMISSED WITHOUT PREJUDICE** |
| 10/13/2017 | *CANCELED* **Motion Hearing** (10:30 AM) (Judicial Officer Page, Matthew S.) |
| | *Case Dismissed* |